

| | | |
|---|---|---|
| Going to:<br>**Mexico City (MX)** | Booking Request No:<br>**995495201** | Hot Line:<br>**00 1 877 893 3988** |

Passengers (LASTNAME/S, Name/s):
**STILLMAN, Juliana**
**FRANCO, Lina**

Identification type:

E-ticket number:
**1397776914016**
**1397776914017**

| Airline: | Booking code: | |
|---|---|---|
| **Aeromexico** | **CIFSFQ** | You can web check-in 24hs before taking your flight, logging into **My Account** with your purchase email. |
| **Aeromexico** | **CIFSFQ** | |

**LEAVING:** Thursday November 21, 2016



Aeromexico
**AM 405**

Booking code:
**CIFSFQ**

Departs
**JFK 09:00**
**New York (US)**
John F Kennedy International Airport

→

Arrives
**MEX 13:22**
**Mexico City (MX)**
Internacional Benito Juarez Airport

Duration:
**5h 22m**
Type:
**Economy**
Seats:
**2 seat(s)**

**RETURNING:** Thursday, December 08, 2016

Aeromexico
**AM 404**

Booking code:
**CIFSFQ**

Departs
**MEX 16:52**
**Mexico City (MX)**
Internacional Benito Juarez Airport

→

Arrives
**JFK 23:45**
**New York (US)**
John F Kennedy International Airport

Duration:
**4h 53m**
Type:
**Economy**
Seats:
**2 seat(s)**



Remember arrive at the aiport **3 hours** prior to your flight.

**Login to My Account to manage your purchase.**

Are you looking for a hotel at your destination? Download our mobile application for free on www.despegar.com.ar/apps